| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF DELAWARE |
| Case number *(if known)* _____  Chapter ___7___ |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Ontrak, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
Ontrak Health, Catasys, Inc.

**3. Debtor's federal Employer Identification Number (EIN)**  
88-0464853

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **333 SE 2nd Ave, Miami, FL 33131** | **2200 Paseo Verde Parkway #280, Henderson, NV 89052** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Miami-Dade** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  
https://ontrakhealth.com

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  Ontrak, Inc.                                                    Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the above

B. *Check all that apply*

- [ ] Tax-exempt entity (as described in 26 U.S.C. §501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   6213

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11. *Check all that apply*:
  - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - [ ] A plan is being filed with this petition.
  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- [x] No.
- [ ] Yes

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- [ ] No
- [x] Yes.

Debtor    Ontrak, Inc.    Case number (*if known*)
          Name

List all cases. If more than 1, attach a separate list

Debtor   See attached rider                Relationship
District                   When            Case number, if known

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes    Insurance agency
         Contact name
         Phone

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49             ☒ 1,000-5,000         ☐ 25,001-50,000
☐ 50-99            ☐ 5001-10,000         ☐ 50,001-100,000
☐ 100-199          ☐ 10,001-25,000       ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☒ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☒ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | Ontrak, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 29, 2025**
MM / DD / YYYY

X *James Park*                                                **James Park**
Signature of authorized representative of debtor               Printed name

Title  **Chief Financial Officer**

---

**18. Signature of attorney**

X *Joseph M. Mulvihill*                              Date **August 29, 2025**
Signature of attorney for debtor                              MM / DD / YYYY

**Joseph M. Mulvihill**
Printed name

**Young Conaway Stargatt & Taylor, LLP**
Firm name

**1000 N. King Street**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone  **302-571-6600**         Email address  **jmulvihill@ycst.com**

**6061 DE**
Bar number and State

---

Official Form 201              **Voluntary Petition for Non-Individuals Filing for Bankruptcy**              page 4

## **RIDER**

## **Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the entities listed below filed a petition in the United States Bankruptcy Court for the District of Delaware for relief under chapter 11 of title 11 of the United States Code.

| **Debtor** | **Employer Identification Number** |
|---|---|
| Ontrak, Inc. | 88-0464853 |
| LD Acquisition Holdings, Inc. | 85-4036193 |
| LifeDojo, Inc. | 46-4037682 |

33486036.2

# OFFICER'S CERTIFICATE

The undersigned, being the Chief Financial Officer of Ontrak, Inc., a Delaware corporation (the "Company"), hereby certifies as follows:

1. I am the duly qualified and elected Chief Financial Officer of the Company and, as such, am familiar with the facts herein certified, and I am duly authorized to certify the same on behalf of the Company.

2. Attached hereto is a true and complete copy of the Action By Unanimous Written Consent of the Board of Directors (the "Board") of the Company (the "Written Consent"), duly adopted on August 28, 2025.

3. Such Written Consent has not been amended, altered, annulled, rescinded, or revoked, and is in full force and effect as of the date hereof. There exist no other subsequent resolutions of the Board relating to the matters set forth in the Written Consent attached hereto.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the 28th day of August 2025.

_____
Name: James Park

1

# ACTION BY UNANIMOUS WRITTEN CONSENT
# OF THE
# BOARD OF DIRECTORS
# OF
# ONTRAK, INC.

August 28, 2025

The undersigned, constituting all of the members of the Board of Directors (the "Board") of Ontrak, Inc., a Delaware corporation (the "Company"), hereby unanimously consent to and adopt the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware (the "DGCL") and Article III, Section 3.9 of the Amended and Restated Bylaws of the Company (as amended through August 9, 2024), and direct that this writing be filed with the minutes of proceedings of the Board:

**WHEREAS**, management of the Company is vested in the Board pursuant to Section 141(a) of the DGCL;

**WHEREAS**, the Board has reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, the assets of the Company, the current and long-term liabilities of the Company, and the recommendations of the Company's legal and restructuring advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of title 11 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS**, the Board has determined that it is advisable and in the best interests of the Company and the Company's stakeholders, creditors, and other interested parties to commence a case (the "Bankruptcy Case") under chapter 7 of the Bankruptcy Code.

**NOW, THEREFORE, BE IT:**

**Commencement and Prosecution of Bankruptcy Case**

**RESOLVED**, that, in the judgment of the Board, it is desirable and in the best interests of the Company, the creditors of the Company, and other interested parties that a voluntary petition (the "Petition") be filed by or on behalf of the Company under the provisions of chapter 7 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); and it is further

**RESOLVED**, that the form, terms and provisions of, the execution, delivery and filing of, and the performance of the transactions and obligations contemplated by the Petition be, and they hereby are, authorized, approved and adopted in all respects and that the Chief Executive Officer and Chief Financial Officer of the Company (each, an "Authorized Officer" and collectively, the "Authorized Officers") be, and each of them, acting alone or in any combination, hereby is, authorized, directed, and empowered on behalf of and in the name of the Company (i) to execute and verify the Petition and all documents ancillary thereto, and to cause the Petition to be filed with the Bankruptcy Court, such Petition to be filed at such time as an Authorized Officer shall determine and to be in the form approved by such Authorized Officer, with the execution thereof

33484540.3

by any such Authorized Officer being conclusive evidence of the approval thereof by such Authorized Officer, and to take any and all related actions that the Authorized Officers may deem necessary or proper in connection with the filing of the Petition and commencement and prosecution of the Bankruptcy Case, including attending the meeting of creditors pursuant to section 341 of the Bankruptcy Code on behalf of the Company; (ii) to make or cause to be made prior to the execution thereof any modifications to the Petition or such ancillary documents that, in the judgment of the Authorized Officers, may be necessary, appropriate, or desirable, and (iii) to execute, verify, and file or cause to be filed all other petitions, schedules, lists, motions, applications, declarations, affidavits, and other papers or documents that, in the judgment of the Authorized Officers, may be necessary, appropriate, or desirable in connection with the foregoing; and it is further

**Retention of Professionals**

**RESOLVED**, that the law firm of Young Conaway Stargatt & Taylor, LLP ("Young Conaway"), be and hereby is, authorized, directed, and empowered to represent the Company as its general bankruptcy counsel on the terms set forth in its engagement letter with the Company, which is hereby ratified and approved, and to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including, without limitation, the preparation of certain documents to be filed simultaneously with the Petition or during the Bankruptcy Case, and in connection therewith, the Authorized Officers be, and each of them, acting alone or in any combination, with power of delegation, hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of Young Conaway; and it is further

**General Resolutions**

**RESOLVED**, that the Authorized Officers be, and hereby are, authorized, directed, and empowered, on behalf of and in the name of the Company, to perform the obligations of the Company under the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices, and documents to be executed and delivered in such form, as the Authorized Officers performing or executing the same shall approve, and the performance or execution thereof by the Authorized Officers shall be conclusive evidence of the approval thereof by the Authorized Officers and by the Company; and it is further

**RESOLVED**, that the Authorized Officers be, and hereby are, authorized, directed, and empowered, on behalf of and in the name of the Company, to take such actions and execute and deliver such documents as may be required or as the Authorized Officers may determine to be necessary, appropriate, or desirable to carry out the intent and purpose of the foregoing resolutions or to obtain the relief sought thereby, including, without limitation, the execution and delivery of any consents, resolutions, petitions, motions, applications, schedules, lists, declarations, affidavits, and other papers or documents, with all such actions to be taken in such manner, and all such petitions, schedules, lists, declarations, affidavits, and other papers or documents to be executed and delivered in such form as the Authorized Officers shall approve, the taking or execution thereof

by the Authorized Officers being conclusive evidence of the approval thereof by the Authorized Officers and the Company; and it is further

**RESOLVED**, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts and transactions would have been authorized and approved by the foregoing resolutions except that such acts and transactions were taken prior to the adoption of such resolutions, be, and they hereby are, in all respects confirmed, approved, and ratified; and it is further

**RESOLVED**, that facsimile, photostatic, or other electronic copies of signatures to this consent shall be deemed to be originals and may be relied on to the same extent as the originals.

*[Signature Page Follows]*

33484540.3

**IN WITNESS WHEREOF**, the undersigned, constituting all of the members of the Board, have executed this unanimous written consent effective as of the date first above written.

**DIRECTORS:**

*Michael Sherman*
Name: Michael Sherman

*Richard Berman*
Name: Richard Berman

*James M Messina*
Name: James Messina

33484540.3

[OnTrak, Inc. – Signature Page to Action by Unanimous Written Consent of the Board of Directors (ch. 7 filing)]

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ONTRAK, INC.<br>                    Debtor.[1] | Chapter 7<br><br>Case No. 25-_____ (\_\_\_) |
| In re:<br><br>LD ACQUISITION HOLDINGS, INC.<br>                    Debtor. | Chapter 7<br><br>Case No. 25-_____ (\_\_\_) |
| In re:<br><br>LIFEDOJO, INC.<br>                    Debtor. | Chapter 7<br><br>Case No. 25-_____ (\_\_\_) |

## CONSOLIDATED CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY SECURITY HOLDERS

Pursuant to rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors (each, a "**Debtor**," and collectively, the "**Debtors**") hereby state as follows:

1. The mailing address for each Debtor is 2200 Paseo Verde Parkway, #280, Henderson, NV 89052.

2. The list of equity security holders for Ontrak, Inc. is attached hereto as **Exhibit A**.

3. Debtors LD Acquisition Holdings, Inc. and LifeDojo, Inc. are each wholly owned and controlled by Ontrak, Inc.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Ontrak, Inc. (4853), LD Acquisition Holdings, Inc. (6193), and LifeDojo, Inc. (7682). The Debtors' service address is 2200 Paseo Verde Parkway, #280, Henderson, NV 89052.

33518033.1

1

**Exhibit A**

**Exhibit A**

```
AST3-111A-B                              EQUINITI  TRUST  COMPANY, LLC                08/18/2025           PAGE    1
                                      ***  LIST  OF  SHAREHOLDERS  ***

        COMPANY: 29284                                       ONTRAK INC (NEW)


   0000010035          132,133    0000010006              1       0000010019          200    0000010054                1
   CERT:    132,133   D/R:        CERT:          1    D/R:        CERT:       200  D/R:      CERT:           1    D/R:
   ACUITAS GROUP HOLDINGS LLC     AST EXCHANGE AGENT                PATRICIA BEDARD              WILLIAM BERGMANN
   611 N BRAND AVE STE 1300       PARTIAL PROCESSING SHARES FOR CIL 14 LAUREL LANE               322 HIDDEN CREEK LN
   GLENDALE, CA 91203-3213        6201 15TH AVE                     CHAPPAQUA, NY 10514-3803     FRONT ROYAL, VA 22630-6336
                                  BROOKLYN, NY 11219-5411


   0000010048                1    0000010040              8       0000010001       8,945,364    0000010037              1
   CERT:          1    D/R:       CERT:          8    D/R:        CERT:   8,945,364 D/R:        CERT:          1    D/R:
   BEXLEY PARTNERS,L.P.           CHRISTINE BYRNE                  CEDE & CO (FAST ACCOUNT)      C.F. PARTNERS,L.P.
   49 PLEASANT RIDGE RD.          5227 NY-22                       570 WASHINGTON BLVD           49 PLEASANT RIDGE RD.
   HARRISON, NY 10528-1233        AMENIA NY 12501                  JERSEY CITY, NJ 07310-1617    HARRISON, NY 10528-1233


   0000010036                1    0000010038              1       0000010039                1   0000010028              1
   CERT:          1    D/R:       CERT:          1    D/R:        CERT:          1   D/R:       CERT:          1    D/R:
   CUMMINS CHILDREN'S TRUST       LISA CUMMINS                     MARC CUMMINS,SEP IRA          MARC CUMMINS
   49 PLEASANT RIDGE RD.          49 PLEASANT RIDGE RD.            49 PLEASANT RIDGE RD.         49 PLEASANT RIDGE RD.
   HARRISON, NY 10528-1233        HARRISON, NY 10528-1233          HARRISON, NY 10528-1233       HARRISON, NY 10528-1233


   0000010011               17    0000010029              5       0000010025                1   0000010052              1
   CERT:         17    D/R:       CERT:          5    D/R:        CERT:          1   D/R:       CERT:          1    D/R:
   DALTON PARTNERS LLC            DC CONSULTING LLC                JOHN E DEEB                   O'NEIL G DEZONIE
   7 OAKSTWAIN ROAD               1045 PRIMERA BLVD                807 LINDA FLORA DRIVE         P O BOX 26801
   SCARSDALE, NY 10583-2019       SUITE 1033                       LOS ANGELES, CA 90049-1628    BALTIMORE, MD 21212-0801
                                  LAKE MARY, FL 32746-2178


   0000010050               47    0000010012              9       0000010046                6   0000010042              1
   CERT:         47    D/R:       CERT:          9    D/R:        CERT:          6   D/R:       CERT:          1    D/R:
   ESOUSA HOLDINGS LLC            KURT FRIEDMANN                   JUSTIN FRONHEISER             ELIZABETH GILLIS
   18 DOLMA RD                    781 PEACH ST                     138 STONE RIDGE RD            3979 CLOVER LN
   SCARSDALE, NY 10583-4506       SAN LUIS OBISPO, CA 93401-2214   ALBRIGHTSVLLE, PA 18210-3754  DALLAS, TX 75220-3703
```

```
AST3-111A-B                                    EQUINITI TRUST COMPANY, LLC                        08/18/2025          PAGE    2
                                                *** LIST OF SHAREHOLDERS ***
         COMPANY: 29284                                    ONTRAK INC (NEW)


 0000010043                  1    0000010007                 27    0000010041         2,305,480    0000010047                  2
 CERT:         1    D/R:          CERT:        27    D/R:          CERT:   2,305,480  D/R:         CERT:        2    D/R:
 ELIZABETH GILLIS CUST             EDWARD HERRICK                   HUMANITARIO CAPITAL LLC         SUNMI JANICEK
 LUCA CRICENTI                     PO BOX 2675                      200 DORADO BEACH DRIVE #3831    23 OAKHURST RD
 UNDER THE TX UNIF GIFT MIN ACT    TELLURIDE, CO 81435-2675         DORADO, PR 00646-2255           IRVINE, CA 92620-1234
 UNTIL AGE 21
 3979 CLOVER LN
 DALLAS, TX 75220-3703


 0000010009                 50    0000010026                  1    0000010022               51    0000010023                 51
 CERT:        50    D/R:          CERT:         1    D/R:          CERT:        51    D/R:         CERT:       51    D/R:
 JD INVESTMENT LLC                 AL KAU                           CHLOE ANNE KOEKEMOER            JACOBUS KOEKEMOER
 PO BOX 2675                       33671 CHULA VISTA                17 OWL ROCK ROAD                17 OWL ROCK ROAD
 TELLURIDE, CO 81435-2675          MONARCH BEACH, CA 92629-1624     ONRUS 7201 HERMANUS             ONRUS 7201 HERMANUS
                                                                    SOUTH AFRICA                    SOUTH AFRICA


 0000010014                 15    0000010017                104    0000010044                1    0000010018                  6
 CERT:        15    D/R:          CERT:       104    D/R:          CERT:         1    D/R:         CERT:        6    D/R:
 EQUITY TRUST COMPANY CUSTODIAN    LAUNCHPAD DIGITAL HEALTH LLC     CHRISTOPHER LIN                 IRENE MALATESTA
 FBO MAURICE B LAMPL III           TWO EMBARCADERO CENTER           2728 SPRINGHURST ST             3817 26TH STREET
 IRA (ACCOUNT NUMBER 200358140)    30TH FLOOR                       YORKTOWN, NY 10598-3121         SAN FRANCISCO, CA 94131-2007
 451 ROBERTS RD                    SAN FRANCISCO, CA 94111-3803
 PACIFICA, CA 94044-3248


 0000010053                  1    0000010051                618    0000010013                9    0000010032                  1
 CERT:         1    D/R:          CERT:       618    D/R:          CERT:         9    D/R:         CERT:        1    D/R:
 PERVAIZ MEGHANI                   THE MONEY CHANNEL NYC INC        OAKSTWAIN LLC                   ERNEST PELLEGRINO
 28919 GERONIMO DR                 48 WALL STREET, 11TH FLOOR       7 OAKSTWAIN ROAD                35 JOHANNA LANE
 RCH PALOS VRD, CA 90275-3033      NEW YORK, NY 10005-2887          SCARSDALE, NY 10583-2019        STATEN ISLAND, NY 10309-3632


 0000010016                 49    0000010034                  1    0000010027                5    0000010045                 83
 CERT:        49    D/R:          CERT:         1    D/R:          CERT:         5    D/R:         CERT:       83    D/R:
 GARDNER PRESCOTT                  JED RAYNOR                       REDCHIP COMPANIES INC           STARTUP HEALTH INNOVATION FUND, L.P.
 TECHNOLOGY VENTURES LLC           140 SOUTH OCEAN AVE              500 WINDERLEY PLACE             2000 BROADWAY, 18TH FLOOR
 4401 WILSON BLVD 4TH FLOOR        FREEPORT, NY 11520-4453          SUITE 100                       NEW YORK, NY 10023-5028
 ARLINGTON, VA 22203-4194                                           MAITLAND, FL 32751-7406
```

```
AST3-111A-B                                          EQUINITI TRUST COMPANY, LLC                            08/18/2025            PAGE    3
                                                    ***  LIST  OF  SHAREHOLDERS  ***
          COMPANY: 29284                                         ONTRAK INC (NEW)


0000010015                    9      0000010030                  1      0000010031                1      0000010010                  99
CERT:       9     D/R:                CERT:          1     D/R:         CERT:          1    D/R:         CERT:         99    D/R:
STARTUP HEALTH TRANSFORMER FUND II L.P JOSEPH P SULLIVAN                TAVAD                            TELLURIDE VENTURE FUND LP
2000 BROADWAY, FLOOR 18               184 S CAMERLINA AVE               AVDA FUENTELARREINA 8            PO BOX 3271
NEW YORK, NY 10023-5028               LOS ANGELES CA 90049              MADRID 28035                     TELLURIDE, CO 81435-3271
                                                                        SPAIN


0000010020                   49       0000010008                  3     0000010021               18      0000010049                   1
CERT:      49     D/R:                CERT:          3     D/R:         CERT:         18    D/R:         CERT:          1    D/R:
TELLURIDE FOUNDATION                  TURTLEBRIDGE LLC                  VARUN VUMMIDI                    DANIEL J WALSH
220 E COLORADO AVE                    28 LIBERTY STREET SUITE 2850      F 601 ROHAN JHAROKA PHASE 1      112 TWIN OAKS DRIVE
NUMBER 106                            NEW YORK, NY 10005-1519           YEMALUR MAIN ROAD KEMPAPURA      KINGS PARK, NY 11754-1226
TELLURIDE, CO 81435-5049                                                BENGALURU 560037 KARNATAKA
                                                                        INDIA


0000010024                    1       0000010033                  1
CERT:       1     D/R:                CERT:          1     D/R:
BRUCE M WERMUTH                       LISA WILSON
2190 COWPER ST                        211 EAST 70TH STREET 30G
PALO ALTO, CA 94301-3963              NEW YORK, NY 10021-0103
```

```
AST3-111A-B                                EQUINITI TRUST COMPANY, LLC                    08/18/2025         PAGE     4
                                        ***  LIST  OF  SHAREHOLDERS  ***
       COMPANY: 29284                             ONTRAK INC (NEW)


TOTAL NUMBER OF SHARES SELECTED  :        11,384,539.000

TOTAL NUMBER OF ACCOUNTS SELECTED:             50
```

**Fill in this information to identify the case:**

Debtor name    Ontrak, Inc.

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒ Other document that requires a declaration    Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 29, 2025**        X *James Park*
                                            Signature of individual signing on behalf of debtor

                                            **James Park**
                                            Printed name

                                            **Authorized Representative**
                                            Position or relationship to debtor