## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ONTRAK, INC.<br>Debtor.[1] | Chapter 7<br><br>Case No. 25-11617 (___) |
| In re:<br><br>LD ACQUISITION HOLDINGS, INC.<br>Debtor. | Chapter 7<br><br>Case No. 25-_11618 (___) |
| In re:<br><br>LIFEDOJO, INC.<br>Debtor. | Chapter 7<br><br>Case No. 25-_11619 (___) |

## THE CHAPTER 7 CASES SCHEDULES AND SOFAS GLOBAL NOTES

These Global Notes regarding the Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**SOFAs**") of the above-captioned debtors (the "**Debtors**") comprise an integral part of the Schedules and SOFAs and should be referred to and considered in connection with any review of them.

1.      The Debtors prepared these unaudited Schedules and SOFAs pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.  Except where otherwise noted, the information provided herein is presented as of June 30, 2025. The bank account balances are stated as of August 28, 2025.

2.      While the Debtors have made every reasonable effort to ensure that the Schedules and SOFAs are accurate and complete based upon information that was available to it at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information and/or further review and analysis of the Debtors' books and records may result in changes to financial data and other information contained in the Schedules and SOFAs.  Moreover, because the Schedules and SOFAs contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that the Schedules and SOFAs are complete or accurate.

---

[1]   The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Ontrak, Inc. (4853), LD Acquisition Holdings, Inc. (6193), and LifeDojo, Inc. (7682).  The Debtors' service address is 2200 Paseo Verde Parkway, #280, Henderson, NV 89052.

3.      In reviewing and signing the Schedules and SOFAs, James Park, the duly authorized and designated representative of the Debtors (the "**Authorized Representative**"), has necessarily relied upon the prior efforts, statements and representations of other former employees, independent contractors, agents, and professionals of the Debtors. The Authorized Representative has not (and could not have) personally verified the accuracy of each such statement and representation that collectively provide the information presented in the Schedules and SOFAs, including but not limited to, statements and representations concerning amounts owed to creditors and their addresses.

4.      The Debtors and their past or present directors, officers, employees, attorneys, professionals and agents (including, but not limited to, the Authorized Representative), does not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. The Debtors and their current and prior officers, employees, attorneys, professionals and agents (including, but not limited to, the Authorized Representative) expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. In no event shall the Debtors or its prior officers, employees, attorneys, professionals and/or agents (including, but not limited to, the Authorized Representative) be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of any potential claim against the Debtor or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused arising from or related to any information provided herein or omitted herein.

5.      The Debtors reserve their rights to amend the Schedules and SOFAs as may be necessary or appropriate in the Debtors' sole and absolute discretion, including, but not limited to, the right to assert offsets or defenses to (which rights are expressly preserved), or to dispute, any claim reflected on the Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." These Global Notes will apply to all such amendments. Furthermore, nothing contained in the Schedules or SOFAs shall constitute a waiver of the Debtors' rights with respect to these chapter 7 cases and specifically with respect to any issues involving equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers, or an admission relating to the same. Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

6.      Any failure to designate a claim listed on the Debtors' Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated." Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts.

7.      Some of the Debtors' scheduled liabilities are unknown and/or unliquidated. In such cases, the amounts are listed as "unliquidated." Accordingly, for this and other reasons the Schedules may not fully reflect the aggregate amount of the Debtor's liabilities.

8.      Pursuant to Fed. R. Bankr. P. 1009, the Debtors may amend their Schedules and SOFAs as it deems necessary and appropriate to reflect material changes.  In addition, the Debtors, for the benefit of their estates, reserve the right to dispute or to assert offsets or defenses to any claim listed on the Schedules or SOFAs.

**Fill in this information to identify the case:**

Debtor    Ontrak, Inc.

United States Bankruptcy Court for the:    Delaware

Case number   25-11617
(if known)

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| UNDETERMINED |
|---|

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $1,595,141.43 |
|---|

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $1,595,141.43 |
|---|

---

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

| $16,574,407.12 |
|---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .

| NOT APPLICABLE |
|---|

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . . .

| + | $2,127,880.21 |
|---|---|

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

| $18,702,287.33 |
|---|

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Ontrak, Inc. |
| United States Bankruptcy Court for the: | Delaware |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | CASH AND CASH EQUIVALENTS |
|---|---|

**1. DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2. CASH ON HAND**

NONE

**3. CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | BANK OF AMERICA | CALIFORNIA INTEGRATED HEALTH, P.C. | 0170 | $0.00 |
| 3.2. | BANK OF AMERICA | CHECKING ACCOUNT (ZBA) | 9849 | $0.00 |
| 3.3. | BANK OF AMERICA | DEPOSIT ACCOUNT | 9844 | $50,000.00 |
| 3.4. | BANK OF AMERICA | INSOLVENCY CASH ACCOUNT | 6270 | $0.00 |
| 3.5. | BANK OF AMERICA | LIFEDOJO, INC. | 2366 | $50,000.00 |
| 3.6. | BANK OF AMERICA | PAYROLL ACCOUNT (ZBA) | 2088 | $0.00 |
| 3.7. | BANK OF AMERICA | SEPARATE CASH ACCOUNT | 1934 | $0.00 |
| 3.8. | BANK OF AMERICA | TEXAS INTEGRATED HEALTH. INC. | 9589 | $0.00 |
| 3.9. | CUSTOMER BANK | CHECKING ACCOUNT | 9590 | $0.00 |

**4. OTHER CASH EQUIVALENTS**

NONE

| 5 | Total of Part 1. ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. | $100,000.00 |
|---|---|---|

| **Part 2:** | **DEPOSITS AND PREPAYMENTS** |
|---|---|

**6. DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| **7. DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS** | |
| DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT | |
| 7.1.    SECURITY DEPOSIT - LEASED PROPERTY - CBRE, INC. | $6,938.55 |
| **8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |
| DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |
| 8.1.    PREPAID EXPENSE - ABSORB SOFTWARE INC. | $10,184.97 |
| 8.2.    PREPAID EXPENSE - AMERICAN EXPRESS | $2,500.00 |
| 8.3.    PREPAID EXPENSE - AMERICA'S HEALTH INSURANCE PLANS | $5,000.00 |
| 8.4.    PREPAID EXPENSE - BUSINESS WIRE, INC | $8,500.00 |
| 8.5.    PREPAID EXPENSE - CDW DIRECT LLC | $18,927.79 |
| 8.6.    PREPAID EXPENSE - CELONIS, INC. | $45,000.00 |
| 8.7.    PREPAID EXPENSE - DOCUSIGN, INC | $4,145.75 |
| 8.8.    PREPAID EXPENSE - EMPLOYER HSA CONTRIBUTION | $2,699.97 |
| 8.9.    PREPAID EXPENSE - GILMARTIN GROUP LLC | $2,500.00 |
| 8.10.   PREPAID EXPENSE - GOING DIGITAL HEALTH, INC. | $49,050.00 |
| 8.11.   PREPAID EXPENSE - HITRUST SERVICES CORP | $14,366.67 |
| 8.12.   PREPAID EXPENSE - ICIMS | $18,550.00 |
| 8.13.   PREPAID EXPENSE - INFORMATICA LLC | $60,390.00 |
| 8.14.   PREPAID EXPENSE - INFO-TECH RESEARCH GROUP INC. | $11,537.47 |
| 8.15.   PREPAID EXPENSE - LINKEDIN CORP | $9,832.88 |
| 8.16.   PREPAID EXPENSE - MANAGED MARKETS INSIGHT & TECHNOLOGY, LLC (MMIT) | $2,650.00 |
| 8.17.   PREPAID EXPENSE - NETSMART TECHNOLOGIES, INC. | $9,563.24 |
| 8.18.   PREPAID EXPENSE - POSIT SOFTWARE, PBC | $2,612.50 |
| 8.19.   PREPAID EXPENSE - SAI360 INC. | $27,600.00 |
| 8.20.   PREPAID EXPENSE - SALARY.COM LLC | $12,750.00 |
| 8.21.   PREPAID EXPENSE - SHEPPARD MULLLIN RICHTER & HAMPTON LLP | $25,389.79 |
| 8.22.   PREPAID EXPENSE - THE MILLENNIUM ALLIANCE, LLC | $17,500.00 |
| 8.23.   PREPAID EXPENSE - THE NASDAQ STOCK MARKET | $26,500.00 |
| 8.24.   PREPAID EXPENSE - US BANK NATIONAL ASSOCIATION | $1,000.00 |
| 8.25.   PREPAID EXPENSE - VIOLET SERVICES, INC | $4,345.47 |
| 8.26.   PREPAID EXPENSE - WORKIVA, INC | $40,924.98 |
| 8.27.   PREPAID EXPENSE - ZOHO CORPORATION | $4,181.91 |
| **9   Total of Part 2.** <br> ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $445,141.93 |

| Part 3: | ACCOUNTS RECEIVABLE |
|---|---|

**10. DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|

**11. ACCOUNTS RECEIVABLE**

| ACCOUNTS RECEIVABLE - LESS 90 DAYS OLD | $591,517.00 | − | $0.00 | = | → | $591,517.00 |
|---|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectable accounts | | | |

**12 Total of Part 3.**
CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82.

| | $591,517.00 |
|---|---|

| Part 4: | INVESTMENTS |
|---|---|

**13. DOES THE DEBTOR OWN ANY INVESTMENTS?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1**

NAME OF FUND OR STOCK:

**15. NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

| Name of entity | | % of ownership | |
|---|---|---|---|
| 15.1. | CALIFORNIA INTEGRATED HEALTH, P.C. | 100% | UNDETERMINED |
| 15.2. | HEALTH MATTERS IPA, LLC | 100% | UNDETERMINED |
| 15.3. | INTEGRATED HEALTH MATTERS, P.A. | 100% | UNDETERMINED |
| 15.4. | LD ACQUISITION HOLDINGS, INC. | 100% | UNDETERMINED |
| 15.5. | TEXAS INTEGRATED HEALTH, INC. | 100% | UNDETERMINED |

**16. GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**

DESCRIBE:

**17 Total of Part 4.**
ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83.

| | UNDETERMINED |
|---|---|

| Part 5: | INVENTORY, EXCLUDING AGRICULTURE ASSETS |
|---|---|

**18. DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19. RAW MATERIALS**

**20. WORK IN PROGRESS**

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 21. | **FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| 22. | **OTHER INVENTORY OR SUPPLIES** | | | | |

| | | |
|---|---|---|
| 23 | **Total of Part 5.**<br>ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | NOT APPLICABLE |

**24.** Is any of the property listed in Part 5 perishable?
☒ No
☐ Yes

**25.** Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
☒ No
☐ Yes    Book value _____    Valuation method _____                    Current value _____

**26.** Has any of the property listed in Part 5 been appraised by a professional within the last year?
☒ No
☐ Yes

**Part 6:    FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)**

**27.** DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?
☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| | General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 28. | **CROPS—EITHER PLANTED OR HARVESTED** | | | | |
| 29. | **FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | | |
| 30. | **FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES) | | | | |
| 31. | **FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | | |
| 32. | **OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | | |

| | | |
|---|---|---|
| 33 | **Total of Part 6.**<br>ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | NOT APPLICABLE |

**34.** Is the debtor a member of an agricultural cooperative?
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative ?
　　　　☐ No
　　　　☐ Yes

**35.** Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?
☒ No
☐ Yes

**36.** Is a depreciation schedule available for any of the property listed in Part 6?
☒ No
☐ Yes

**37.** Has any of the property listed in Part 6 been appraised by a professional within the last year?
☒ No
☐ Yes

| Part 7: | OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES |
| --- | --- |

**38.**    **DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **39.**   **OFFICE FURNITURE** | | | |
|      NONE | | | |
| **40.**   **OFFICE FIXTURES** | | | |
|      NONE | | | |
| **41.**   **OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
|    41.1.    COMPUTERS | $413.71 | NET BOOK VALUE | $413.71 |
|    41.2.    SOFTWARE | $458,068.79 | NET BOOK VALUE | $458,068.79 |
| **42.**   **COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |
|      NONE | | | |

| **43**   **Total of Part 7.** <br> ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | $458,482.50 |
| --- | --- |

**44.**    **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

**45.**    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | MACHINERY, EQUIPMENT, AND VEHICLES |
| --- | --- |

**46.**    **DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **47.**   **AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| **48.**   **WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| **49.**   **AIRCRAFT AND ACCESSORIES** | | | |
| **50.**   **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |

| **51**   **Total of Part 8.** <br> ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. | NOT APPLICABLE |
| --- | --- |

| | |
|---|---|
| **52.** | **Is a depreciation schedule available for any of the property listed in Part 8?**<br>☒ No<br>☐ Yes |
| **53.** | **Has any of the property listed in Part 8 been appraised by a professional within the last year?**<br>☒ No<br>☐ Yes |

**Part 9:    REAL PROPERTY**

**54.    DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

**55.    ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | 2200 PASEO VERDE PARKWAY, SUITE 280, HENDERSON, NEVADA 89052 | LEASEHOLD | UNDETERMINED | | UNDETERMINED |
| 55.2. | 333 S. E. 2ND AVENUE, SUITE 2000, MIAMI, FL 33131 | LEASEHOLD | UNDETERMINED | | UNDETERMINED |

| | | |
|---|---|---|
| **56** | **Total of Part 9.**<br>ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. | UNDETERMINED |

| | |
|---|---|
| **57.** | **Is a depreciation schedule available for any of the property listed in Part 9?**<br>☒ No<br>☐ Yes |
| **58.** | **Has any of the property listed in Part 9 been appraised by a professional within the last year?**<br>☒ No<br>☐ Yes |

**Part 10:   INTANGIBLES AND INTELLECTUAL PROPERTY**

**59.    DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.1. | COPYRIGHT - ONTRAK RELAPSE PREVENTION PROGRAM: THERAPIST GUIDE - REGISTRATION NO. TXU1669305 | | | UNDETERMINED |
| 60.2. | COPYRIGHT - ONTRAK RELAPSE PREVENTION PROGRAM: WORKBOOK - REGISTRATION NO. TXU1669415 | | | UNDETERMINED |
| 60.3. | PATENT - METHODS FOR TREATING ANXIETY RELATED DISORDERS - PATENT NO. 8012958 | | | UNDETERMINED |
| 60.4. | PATENT - USE OF SELECTIVE CHLORIDE CHANNEL M - PATENT NO. 9444 | | | UNDETERMINED |
| 60.5. | TRADEMARK - CATASYS - REGISTION NO.: 5850380 | | | UNDETERMINED |
| 60.6. | TRADEMARK - CATASYS AND DESIGN - REGISTION NO.: 5850926 | | | UNDETERMINED |
| 60.7. | TRADEMARK - CATASYS AND DESIGN - REGISTION NO.: 5851122 | | | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.8.   TRADEMARK - DESIGN ONLY - REGISTRATION NO.: 5851123 | | | UNDETERMINED |
| 60.9.   TRADEMARK - HELP.  IT'S HERE. - REGISTRATION NO.: 7060081 | | | UNDETERMINED |
| 60.10.  TRADEMARK - LIFEDOJO - REGISTION NO.: 4613994 | | | UNDETERMINED |
| 60.11.  TRADEMARK - ONTRAK - REGISTION NO.: 6459398 | | | UNDETERMINED |
| 60.12.  TRADEMARK - ONTRAK HEALTH - REGISTION NO.: 7060079 | | | UNDETERMINED |
| 60.13.  TRADEMARK - ONTRAK, BETTER TOGETHER - APPLICATION NO.: 90136436 | | | UNDETERMINED |
| **61.** **INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.1.   CATASYS.COM | | | UNDETERMINED |
| 61.2.   LIFEDOJO.COM | | | UNDETERMINED |
| 61.3.   ONTRAKCARES.COM | | | UNDETERMINED |
| 61.4.   ONTRAKHEALTH.COM | | | UNDETERMINED |
| 61.5.   ONTRAKHEALTH.NET | | | UNDETERMINED |
| 61.6.   ONTRAKHEALTH.ORG | | | UNDETERMINED |
| 61.7.   ONTRAKHEALTHCARES.COM | | | UNDETERMINED |
| 61.8.   ONTRAKHEALTHINC.COM | | | UNDETERMINED |
| 61.9.   ONTRAK-INC.COM | | | UNDETERMINED |
| 61.10.  ONTRAKISHERE.COM | | | UNDETERMINED |
| 61.11.  OTPROGRAM.COM | | | UNDETERMINED |
| 61.12.  OTRK.US | | | UNDETERMINED |
| 61.13.  STAYONTRAK.COM | | | UNDETERMINED |
| **62.** **LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| **63.** **CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| **64.** **OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| **65.** **GOODWILL** | | | |
| **66** **Total of Part 10.** ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | | | UNDETERMINED |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☒ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 11: | ALL OTHER ASSETS |
|---|---|

**70.  DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71.  NOTES RECEIVABLE** |  |
| DESCRIPTION (INCLUDE NAME OF OBLIGOR) |  |
| **72.  TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)** |  |
| DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) |  |
| **73.  INTERESTS IN INSURANCE POLICIES OR ANNUITIES** |  |
| 73.1.  ALLIED WORLD INSURANCE CO - D&O, SIDE A PRIMARY POLICY # 3125924 | UNDETERMINED |
| 73.2.  AXIS INSURANCE COMPANY - D&O POLICY # P00100095561102 | UNDETERMINED |
| 73.3.  CONTINENTAL CASUALTY CO - D&O, 5X30, SIDE A POLICY # 768750636 | UNDETERMINED |
| 73.4.  ENDURANCE RISK SOLUTIONS ASSURANCE CO - D&O, SIDE A POLICY # ADX30027566001 | UNDETERMINED |
| 73.5.  FEDERAL INS CO (CHUBB) - CRIME POLICY # J06723962 | UNDETERMINED |
| 73.6.  FEDERAL INS CO (CHUBB) - FIDUCIARY POLICY # 82114391 | UNDETERMINED |
| 73.7.  FEDERAL INS CO (CHUBB) - HIRED/NON-OWNED AUTO  POLICY # (24)73623232 | UNDETERMINED |
| 73.8.  FEDERAL INS CO (CHUBB) - PROPERTY POLICY # 36071943 | UNDETERMINED |
| 73.9.  FEDERAL INS CO (CHUBB) - WORKERS COMPENSATION POLICY # (25)71835448 | UNDETERMINED |
| 73.10.  GREAT AMERICAN E&S INS. CO - EXCESS (GL, EBL, EL AND HNOA ONLY) POLICY # XSE75868503 | UNDETERMINED |
| 73.11.  HOUSTON CASUALTY CO. (TOKIO MARINE HCC) - CYBER (PRIMARY) POLICY # H23NGP20982304 | UNDETERMINED |
| 73.12.  HUDSON INSURANCE GROUP - D&O, 5X25, SIDE A POLICY # HN03036921110823 | UNDETERMINED |
| 73.13.  ILLINOIS UNION INSURANCE COMPANY (CHUBB) - EXCESS - PRIMARY POLICY # XFLG72535960004 | UNDETERMINED |
| 73.14.  LLOYDS OF LONDON - D&O, $5M PRIMARY POLICY # B0572MR23AAN5 | UNDETERMINED |
| 73.15.  NATIONAL UNION FIRE INS CO OF PITT. PA - D&O POLICY # 16936114 | UNDETERMINED |
| 73.16.  RSUI INDEMNITY CO. - D&O POLICY # NHS707922 | UNDETERMINED |
| 73.17.  SCOTTSDALE INDEMNITY CO. - EMPLOYMENT PRACTICES LIAB.* POLICY # EKI3536108 | UNDETERMINED |
| 73.18.  UNDERWRITERS AT LLOYDS - CYBER POLICY # ACX1110124 | UNDETERMINED |
| **74.  CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)** |  |
| **75.  OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS** |  |
| **76.  TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY** |  |
| **77.  OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP |  |
| **78   Total of Part 11.**  ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | UNDETERMINED |

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $100,000.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $445,141.93 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $591,517.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | UNDETERMINED | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $458,482.50 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. | **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➜ | | UNDETERMINED |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + UNDETERMINED | |
| 91. | **Total.** Add lines 80 through 90 for each column . . . . . . . . . 91a. | $1,595,141.43 | + 91b. UNDETERMINED |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $1,595,141.43 |

**Fill in this information to identify the case:**

Debtor    Ontrak, Inc.

United States Bankruptcy Court for the:    Delaware

Case number
(if known)

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.    1.   **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| **Part 1:** | List All Creditors with Secured Claims |
| --- | --- |

2.   **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

**Creditor's name**
ACUITAS GROUP HOLDINGS, LLC

**Creditor's mailing address**
200 DORADO BEACH DRIVE #3831
DORADO, PR  00646
PUERTO RICO

**Creditor's email address**
TERREN@ACUITASGH.COM

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
LINE OF CREDIT

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

$16,574,407.12

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$16,574,407.12

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Ontrak, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

**1.**    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☑ No. Go to Part 2.
☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

**Do any creditors have nonpriority unsecured claims?** (See 11 U.S.C. § 507).
☐ No.
☑ Yes.

**3.**    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>AETNA BEHAVIORAL HEALTH, LLC<br>151 FARMINGTON AVENUE<br>HARTFORD, CT 06156<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $173.75 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>AFCO CREDIT CORPORATION<br>P.O. BOX 371889<br>PITTSBURGH, PA 15250<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $8,445.43 |

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.3** Nonpriority creditor's name and mailing address

AMERITAS LIFE INSURANCE CORP.
5900 O STREET
LINCOLN, NE  68510

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,178.28

---

**3.4** Nonpriority creditor's name and mailing address

ANDERSON, MICHAEL
C/O BROWN LAW FIRM PC
ATTN ROBERT C MOEST
2530 WILSHIRE BLVD, 2ND FL
SANTA MONICA, CA  90403

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.5** Nonpriority creditor's name and mailing address

APTOR, DAN
C/O GLANCY PRONGAY & MURRAY, LLP
ATTN BENJAMIN I SACHS-MICHAELS; PHILIPS C BABLER
745 FIFTH AVE, 5TH FL
NEW YORK, NY  10151

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.6** Nonpriority creditor's name and mailing address

APTOR, DAN
C/O GLANCY PRONGAY & MURRAY, LLP
ATTN ROBERT VINCENT PRONGAY; PAVITHRA RAJESH
1925 CENTURY PARK E, STE 2100
LOS ANGELES, CA  90067

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.7** Nonpriority creditor's name and mailing address

ARK DATA CENTERS FKA INVOLTA, LLC
PO BOX 1986
CEDAR RAPIDS, IA  52406

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$55,488.37

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|--|--|--|

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $161,963.08

AXIOM SYSTEMS, INC.
241 E. FOURTH STREET, SUITE 200
FREDERICK, MD  21701

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,438.24

BLACKLINE SYSTEMS, INC.
DEPT LA 23816
PASADENA, CA  91185-3816

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BRAUN, IRVING S
C/O LAW OFFICES OF CURTIS V TRINKO
ATTN CURTIS V TRINKO
39 SINTSINK DR W #1
PORT WASHINGTON, NY  11050

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BRAUN, IRVING S
C/O ROBBINS GELLER RUDMAN & DOWD LLP
ATTN JAMES J JACONETTE; MARY K BLASY
655 W BROADWAY, STE 1900
SAN DIEGO, CA  92101

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $163.68

CAQH
P.O. BOX 38041
BALTIMORE, MD  21297

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.13**

**Nonpriority creditor's name and mailing address**

CATHERINE KEENE MITCHELL
732 N. SANDSTONE LANE
CAMANO ISLAND, WA  98282

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,841.25

---

**3.14**

**Nonpriority creditor's name and mailing address**

CDW DIRECT LLC
PO BOX 75723
CHICAGO, IL  60675

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$51,900.67

---

**3.15**

**Nonpriority creditor's name and mailing address**

COGENCY GLOBAL INC. FKA NATIONAL CORPORATE
RESEARCH
P.O. BOX 3168
HICKSVILLE, NY  11802

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,480.00

---

**3.16**

**Nonpriority creditor's name and mailing address**

CONCUR TECHNOLOGIES, INC.
62157 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$540.00

---

**3.17**

**Nonpriority creditor's name and mailing address**

CORNERSTONE RESEARCH, INC.
P.O. BOX 745900
LOS ANGELES, CA  90074

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,220.00

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.18** | **Nonpriority creditor's name and mailing address**

COX BUSINESS
PO BOX 53262
PHOENIX, AZ  85072

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$316.16

---

**3.19** | **Nonpriority creditor's name and mailing address**

DIGITAL MEDIA INNOVATIONS, LLC
11808 MIRACLE HILLS DRIVE
OMAHA, NE  68154

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,666.38

---

**3.20** | **Nonpriority creditor's name and mailing address**

DLA PIPER LLP
6225 SMITH AVE.
BALTIMORE, MD  21209

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$701,324.46

---

**3.21** | **Nonpriority creditor's name and mailing address**

DUTKIEWICZ, EDWIN
C/O MOORE LAW PLLC
ATTN FLETCHER MOORE
30 WALL ST, 8TH FL
NEW YORK, NY  10005

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.22** | **Nonpriority creditor's name and mailing address**

DUTKIEWICZ, EDWIN
C/O SQUITIERI & FEARON LLP
ATTN LEE SQUITIERI
305 BROADWAY, 7TH FL
NEW YORK, NY  10007

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

| 3.23 | **Nonpriority creditor's name and mailing address**<br><br>EDGEWOOD PARTNERS INSURANCE CENTER (EPIC)<br>P.O. BOX 22245<br>NEW YORK, NY  10087-2245<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,688.00 |
| 3.24 | **Nonpriority creditor's name and mailing address**<br><br>EISNERAMPER LLP<br>P.O. BOX 360635<br>PITTSBURGH, PA  15251-6635<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $78,444.12 |
| 3.25 | **Nonpriority creditor's name and mailing address**<br><br>EQUINITI TRUST COMPANY, LLC<br>28 LIBERTY STREET, FLOOR 53<br>NEW YORK, NY  10005<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,052.45 |
| 3.26 | **Nonpriority creditor's name and mailing address**<br><br>FARHAR, MICHAEL<br>C/O GLANCY PRONGAY & MURRAY, LLP<br>ATTN CHARLES HENRY LINEHAN; ROBERT VINCENT;<br>PAVITHRA RAJESH<br>1925 CENTURY PARK E, STE 2100<br>LOS ANGELES, CA  90067<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.27 | **Nonpriority creditor's name and mailing address**<br><br>FARHAR, MICHAEL<br>C/O LAW OFFICES OF FRANK R CRUZ<br>ATTN FRANK R CRUZ<br>2121 AVENUE OF THE STARS, STE 800<br>LOS ANGELES, CA  90067<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.28**

**Nonpriority creditor's name and mailing address**

FARHAR, MICHAEL
C/O THE ROSEN LAW FIRM
ATTN LAURENCE M ROSEN
355 S GRAND AVE, STE 2450
LOS ANGELES, CA  90071

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.29**

**Nonpriority creditor's name and mailing address**

FARHAR, MICHAEL
C/O THE ROSEN LAW FIRM
ATTN LEAH HEIFETZ-LI
101 GREENWOOD AVE, STE 440
JENKINTOWN, PA  19046

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.30**

**Nonpriority creditor's name and mailing address**

FARHAR, MICHAEL
C/O THE ROSEN LAW FIRM
ATTN PHILLIP KIM
275 MADISON AVE, 40TH FL
NEW YORK, NY  10016

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.31**

**Nonpriority creditor's name and mailing address**

FARHAR, MICHAEL
C/O THE SCHALL LAW FIRM
ATTN BRIAN SCHALL
2049 CENTURY PARK E, STE 2460
LOS ANGELES, CA  90067

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.32**

**Nonpriority creditor's name and mailing address**

FARROW-GILLESPIE HEATH WILMOTH LLP
1900 N. PEARL STREET, SUITE 2100
DALLAS, TX  75201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$680.00

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**3.33** **Nonpriority creditor's name and mailing address**

GILMARTIN GROUP LLC
60 E SIR FRANCIS DRAKE BLVD
SUITE 208
LARKSPUR, CA  94939

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$57,000.00

---

**3.34** **Nonpriority creditor's name and mailing address**

GRANT THORNTON ADVISORS LLC
3333 FINLEY ROAD SUITE 700
DOWNERS GROVE, IL  60515

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$108,591.00

---

**3.35** **Nonpriority creditor's name and mailing address**

GREENBERG TRAURIG, LLP
1900 UNIVERSITY AVE.
1900 UNIVERSITY AVE. 5TH FL
PALO ALTO, CA  94303

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,762.00

---

**3.36** **Nonpriority creditor's name and mailing address**

HEALTHAXIS GROUP LLC
PO BOX 638084
CINCINNATI, OH  45263-8084

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$31,376.45

---

**3.37** **Nonpriority creditor's name and mailing address**

HIRE RIGHT, LLC
PO BOX 847891
DALLAS, TX  75284-7891

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$638.33

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.38** | **Nonpriority creditor's name and mailing address**

HUDSON 11601 WILSHIRE, LLC
11601 WILSHIRE - 15100
PO BOX 074140
LOS ANGELES, CA 90084

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,204.64

---

**3.39** | **Nonpriority creditor's name and mailing address**

ILMIR, INC.
1-32 CYRIL AVE.
FAIR LAWN, NJ 07410

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,725.00

---

**3.40** | **Nonpriority creditor's name and mailing address**

IMPERIAL PFS
P.O. BOX 100391
PASADENA, CA 91189-0391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,536.64

---

**3.41** | **Nonpriority creditor's name and mailing address**

INDEED INC.
P.O. BOX 660367
DALLAS, TX 75266

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$595.00

---

**3.42** | **Nonpriority creditor's name and mailing address**

INSIGHT SOFTWARE FKA CERTENT
PO BOX 200386
PITTSBURGH, PA 15251

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,419.77

(Name)                                         Case number (if known)

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.43** | **Nonpriority creditor's name and mailing address**
IRON MOUNTAIN
P.O. BOX 601002
PASADENA, CA 91200

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,590.67

---

**3.44** | **Nonpriority creditor's name and mailing address**
LYSSN.IO, INC.
4209 NE 70TH STREET
SEATTLE, WA 98115

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,800.00

---

**3.45** | **Nonpriority creditor's name and mailing address**
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO P.C.
P.O. BOX 4539
BOSTON, MA 22124539

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,313.00

---

**3.46** | **Nonpriority creditor's name and mailing address**
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 NORTH MARKET STREET, 16TH FLOOR
WILMINGTON, DE 19801

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,537.45

---

**3.47** | **Nonpriority creditor's name and mailing address**
NETSMART TECHNOLOGIES, INC.
P.O. BOX 713519
PHILADELPHIA, PA 19171

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$303,669.57

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.48 | **Nonpriority creditor's name and mailing address**<br>NEVADA POWER COMPANY, D/B/A NV ENERGY<br>6226 WEST SAHARA AVENUE<br>LAS VEGAS, NV  89146<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $172.47 |

| 3.49 | **Nonpriority creditor's name and mailing address**<br>NEXTIVA, INC.<br>P.O. BOX 207330<br>DALLAS, TX  75320-7330<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30,267.00 |

| 3.50 | **Nonpriority creditor's name and mailing address**<br>NILAN JOHNSON LEWIS PA<br>250 MARQUETTE AVENUE SOUTH, SUITE 800<br>MINNEAPOLIS, MN  55401<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,276.00 |

| 3.51 | **Nonpriority creditor's name and mailing address**<br>OHIO BUREAU OF WORKERS COMPENSATION<br>PO BOX 89492<br>CLEVELAND, OH  44100<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $586.00 |

| 3.52 | **Nonpriority creditor's name and mailing address**<br>ONRISE<br>11519 KINQSTON PIKE 1031<br>KNOXVILLE, TN  37934<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100,500.00 |

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|
| | | |

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,426.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

ONSPRING TECHNOLOGIES LLC
10801 MASTIN ST. SUITE 400
OVERLAND PARK, KS 66210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*As of the petition filing date, the claim is:*
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $2,426.00

---

**3.54   Nonpriority creditor's name and mailing address**

PITNEY BOWES GLOBAL FINANCIAL SERVICES, LLC
P.O. BOX 371887
PITTSBURGH, PA 15300

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$301.27

---

**3.55   Nonpriority creditor's name and mailing address**

PITNEY BOWES PURCHASE POWER
PO BOX 371874
PITTSBURGH, PA 15300

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,846.75

---

**3.56   Nonpriority creditor's name and mailing address**

PSYCH HUB, LLC
1200 BROADWAY 2111
NASHVILLE, TN 37203

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,199.34

---

**3.57   Nonpriority creditor's name and mailing address**

RDG FILINGS
816 ROANOKE BOULEVARD
SALEM, VA 24153

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$130.00

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

---

| 3.58 | **Nonpriority creditor's name and mailing address**<br>RELIANCE STANDARD LIFE INSURANCE COMPANY<br>1700 MARKET STREET, SUITE 1200<br>PHILADELPHIA, PA  19103-3938<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,018.40 |

---

| 3.59 | **Nonpriority creditor's name and mailing address**<br>RSM US LLP<br>5155 PAYSPHERE CIRCLE<br>CHICAGO, IL  60674<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $57,750.00 |

---

| 3.60 | **Nonpriority creditor's name and mailing address**<br>SAGE INTACCT, INC.<br>DEPT 3237<br>PO BOX 123237<br>DALLAS, TX  75312-3237<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,525.00 |

---

| 3.61 | **Nonpriority creditor's name and mailing address**<br>SALESFORCE.COM<br>DALLAS, TX  75300<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $135,774.15 |

---

| 3.62 | **Nonpriority creditor's name and mailing address**<br>SPEARS MANNING & MARTINI, LLC<br>2425 POST ROAD, SUITE 203<br>SOUTHPORT, CT  06890<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $390.00 |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,000.00

TAGLICH BROTHERS
790 NEW YORK AVENUE, SUITE 209
HUNTINGTON, NY  11743

□ Contingent
□ Unliquidated
□ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
□ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15,889.96

TRANSPERFECT TRANSLATIONS INTERNATIONAL INC.
1250 BROADWAY 32ND FLOOR
ATTN: ACCOUNTS RECEIVABLE
NEW YORK, NY  10001

□ Contingent
□ Unliquidated
□ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
□ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $19,450.42

UKG, INC DBA ULTIMATE SOFTWARE GROUP, INC
PO BOX 930953
ATLANTA, GA  31193-0953

□ Contingent
□ Unliquidated
□ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
□ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $856.01

ULINE
12575 ULINE DRIVE
PLEASANT PRAIRIE, WI  53158

□ Contingent
□ Unliquidated
□ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
□ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | UNDETERMINED

VEGA, MAXX
C/O BIELLI AND KLAUDER LLC
ATTN RYAN M ERNST
1204 N MARKET ST
WILMINGTON, DE  19801

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
□ Yes

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,673.39 |
| --- | --- | --- | --- |

**3.68**

**Nonpriority creditor's name and mailing address**

VERIZON WIRELESS - 869929094-00001
PO BOX 660108
DALLAS, TX  75300

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$1,673.39**

---

**3.69**

**Nonpriority creditor's name and mailing address**

VISTAPRINT CORPORATE SOLUTIONS
PO BOX 844202
BOSTON, MA  02284-4202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$187.51**

---

**3.70**

**Nonpriority creditor's name and mailing address**

WORKIVA, INC
2900 UNIVERSITY BLVD
AMES, IA  50010

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$2,000.00**

---

**3.71**

**Nonpriority creditor's name and mailing address**

YILDRIM, ALEXANDER
C/O BRONSETEIN, GEWIRTZ & GROSSMAN LLC
ATTN PERETZ BRONSTEIN
60 E 42ND ST, 46TH FL
NEW YORK, NY  10165

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **UNDETERMINED**

---

**3.72**

**Nonpriority creditor's name and mailing address**

YILDRIM, ALEXANDER
C/O POMERANTZ LLP
ATTN JENNIFER PAFITI
1100 GLENDON AVE, 15TH FL
LOS ANGELES, CA  90024

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **UNDETERMINED**

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

3.73 **Nonpriority creditor's name and mailing address**

ZOOM COMMUNICATIONS, INC.
PO BOX 888147
LOS ANGELES, CA  90088-8147

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$896.70

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | **NOT APPLICABLE** |
| 5b. | Total claims from Part 2 | 5b. + | **$2,127,880.21** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$2,127,880.21** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Ontrak, Inc. |
| United States Bankruptcy Court for the: | Delaware |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.** **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules . There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2.** | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EMPLOYMENT AGREEMENT DTD 7/26/2022 | FELD, JUDITH <br> 104 PRIMROSE PL <br> FRISCO, CO  80443 |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | NOTICE OF NON-RENEWAL OF EMPLOYMENT AGREEMENT | FELD, JUDITH <br> 104 PRIMROSE PL <br> FRISCO, CO  80443 |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EMPLOYMENT AGREEMENT DTD 7/26/2022 | LA VERNE, BRANDON |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OFFICE LEASE FOR 2200 PASEO VERDE PARKWAY, HENDERSON, NEVADA 89052 | MRK PASEO LLC <br> 845 UNITED NATIONS PLZ, #42B <br> NEW YORK, NY  10017 |

| Debtor | Ontrak, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | (Name) | | | |

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFICE LEASE FOR 2200 PASEO VERDE PARKWAY, HENDERSON, NEVADA 89052 | MRK PASEO LLC<br>C/O SKR REAL ESTATE SERVICES<br>ATTN SAMANTHA DUGAN<br>6029 S FORT APACHE RD, STE 100<br>LAS VEGAS, NV  89148 |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT DTD 2/12/2024 | NEWMAN, RICHARD P |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT DTD 7/26/2022 | OSBORNE, MARY LOUISE |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT DTD 7/26/2022 | PARK, JAMES J |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFICE LEASE FOR 2200 PASEO VERDE PARKWAY, HENDERSON, NEVADA 89052 | PREH PASEO VERDE LLC<br>845 UNITED NATIONS PLZ, #42B<br>NEW YORK, NY  10017 |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFICE LEASE FOR 2200 PASEO VERDE PARKWAY, HENDERSON, NEVADA 89052 | PREH PASEO VERDE LLC<br>C/O SKR REAL ESTATE SERVICES<br>ATTN SAMANTHA DUGAN<br>6029 S FORT APACHE RD, STE 100<br>LAS VEGAS, NV  89148 |

**Fill in this information to identify the case:**

Debtor     Ontrak, Inc.

United States Bankruptcy Court for the:    Delaware

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors          12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1.   **Does the debtor have any codebtors?**

     ☑ No.   Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

     ☐ Yes.

**Fill in this information to identify the case:**

Debtor    Ontrak, Inc.

United States Bankruptcy Court for the:    Delaware

Case number
  (if known)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08/29/2025            ✗   /s/ James Park
               MM / DD / YYYY            Signature of individual signing on behalf of debtor

                                        James Park
                                        Printed name

                                        Chief Financial Officer
                                        Position or relationship to debtor