THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re:  ONTRAK, INC. | : | Case No. 25-11617/LSS |
| *a/k/a Ontrak Health* | : | |
| *a/k/a Catasys, Inc.* | : | CHAPTER 7 |
| Debtor. | : | |

**NOTICE OF CHANGE FROM NO-ASSET TO ASSET**
**AND REQUEST TO THE CLERK TO FIX BAR DATE**
**TO FILE CLAIMS AGAINST THE ESTATE**

**TO JOSEPH MCMAHON, ASSISTANT UNITED STATES TRUSTEE,** Alfred T. Giuliano, the Trustee in the above captioned matter, after due inquiry, having discovered assets hereby gives Notice that this is an Asset case. The Trustee requests the Clerk to fix the bar date to file claims against the estate.

September 18, 2025            /s/ Alfred T. Giuliano
Dated                                    Alfred T. Giuliano
                                               2301 E. Evesham Road
                                               Pavilion 800, Suite 210
                                               Voorhees, NJ 08043